*Filed in United States District Court for the District of Maine*

COMPLAINT



U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2022 SEP -1  1: 03

DEPUTY CLERK

**Norton, Michael Anthony**
83 Elm Street C
Bangor, ME 04401

v.

**Biden, Jr., Joseph Robinette**
The White House
1600 Pennsylvania Ave.
Washington, D.C. 20502

Because the Plaintiff, a U.S. Citizen and Business-Founder while on Disability (PTSD), a Resident of the State of Maine, and the Defendant, a U.S. Government Commander-in-Chief, are parties heretofore, the U.S. District Court for the District of Maine has legal authority to decide this case.

In December 2020, the Plaintiff incorporated an educational business in the U.S. and State of Maine by the name of *Lunar Computation Systems, Inc.* While on vacation in the United Kingdom, part of this process was electronically administered by a vendor the Plaintiff hired, BizFilings.com. The Plaintiff, in 2021, unsuccessfully tried to sell common stock to raise money to fund the company. He also sought employment and business partners with related institutions of both public and private merit. The Plaintiff has produced a university-level course that holds precedent before specific physics, astronomy, and human health curricula in today's universities. However, the information of value produced by the Plaintiff is failing to reach these business areas. Thus, in December 2021, Plaintiff filed a tax return on behalf of *Lunar Computation Systems, Inc.* expressing a $64 million liability, indicating the course having not been integrated with the universities is the primary liability/asset. An example of the precedence is the lesson of the tides of the planet: Plaintiff can show proof that gravity, as it is taught conventionally, is not a causal factor for the tides and that magnetism, in fact, is, and has good implications for related applications industries. In 2014, the Plaintiff calculated, mathematically, a constant value for Magnetism using empirical and standard systems of measure and observation.

Maine is a predominately poorer area than most communities in the United States; cities here are more closely related to villages and/or suburbs in other regions of the country. In the city where Plaintiff resides, there are health and economic development needs, and, for example, there is a significant poverty crisis and many small business development centers in business. But the same area does not contend with the way information is propagated throughout industries in other more densely populated areas domestically and internationally. This is problematic for Plaintiff and his business, and for the community where it was established.

In 2021, Plaintiff sought help from local public and private offices to develop the business and place the course on Magnetism in schools. For purposes of this Complaint, one place was at Congressional Rep. Jared Golden's Bangor District office, where a referral was provided to the Plaintiff to a Taxpayer's Advocate by the name of Mr. Will Ray with sole availability via a phone number. Mr. Ray and the Plaintiff have engaged in innumerous phone

conversations regarding this.   Another place was at a business networking club called "BNI", where marketing and promotional materials the Plaintiff paid for were stolen.

The Plaintiff believes that his identity is being manipulated in this community in order to re-direct the value of and the labor itself away from the Plaintiff and *Lunar Computation Systems.*   Another example of this is a recent signing a business by the name of *Maine Spaceport Corp.* by Maine Gov. Janet Mills into public+private financial liquidity.   While there is a website and contact information provided for this "new" company, the Plaintiff's attempts to reach it were returned only by despondency.

On August 18th, 2022, the Plaintiff was serviced a Summons for a Protection Order by a Bangor Police Department Officer J. Fox, who whilst servicing the Plaintiff, also indicated to the Plaintiff that Officer Fox has an additional employment with the U.S. Marine Corps.   Because Rep. Golden is also a serviceman of the Marines, and because Mr. Ray, in the opinion of the Plaintiff, has corroborated in actions to suppress the Plaintiff's real (and favorable) work and character value identity, this is entered into this Complaint.   The Protection Order arrived on the same day the Plaintiff left a message with Rep. Golden's Bangor Office asking for 1)  a phone number for [movie actress] Amber Heard (*Depp v. Heard*, 2022, Fairfax County, VA) and 2) a phone number for an I.R.S. Advocate.   The Plaintiff holds a degree in Cinema and in Public Administration.

In other words, the Protection Order Summons action seemed to be a retaliation by the Congressman's officials rather than an action by the plaintiff listed on the Protection Order Summons (*Teboe v. Norton, 2022,* West Bath District Court, Maine).   The summons was sloppily applied, indicating creative accusation rather than facts regarding Ms. Teboe and Mr. Norton, two whom have not seen nor spoken to one another since March 14, 2021.   Teboe is a news reporter for a local NBC affiliate: NBC, along with nine other big businesses, primarily information providers, is listed as a debtor in the Plaintiff's *Lunar Computation Systems* corporate tax filings.

On August 26th, the day of the Protection Order hearing, Plaintiff Norton phoned into the court, listened to Judge Justin Field and a plaintiff Teboe for that day whose voice did not indicate at all to the Plaintiff that it was actually her.   The Judge also neglected to intelligibly respond to a motion entered by the Defendant that the servicing of the summons had been sloppily administered.  Apparently, the hearing had occurred in July without the Defendant being serviced, and the address and a phone number of the plaintiff was indicated to the defendant with the August 18th Summons package, even though a do-not-harrass order had already been produced and delivered to the Plaintiff nearly a year earlier, which the Plaintiff has honored and continues to do so, though the Plaintiff feels that not only his identity may be in danger of manipulation but also the news reporter's, given the lack of evidence allegedly produced by NBC's local Bangor affiliate station.  Judge Field resolved to enact the Protection Order, and the hearing was closed.  Later in the day, Bangor Police Officers, around 5:30 PM re-appeared outside the Plaintiff's home and pounded on the door.   They asked to deliver the Protection Order; the Plaintiff asked to put it in his mailbox.   The police continued disturbing the Plaintiff.

When eventually the Plaintiff did remove himself from his home to retrieve the Protection Order paperwork from the police, they were beginning to leave.  There were three police vehicles parked on the street, that the Plaintiff approached; one had already begun to pull away. When the Plaintiff approached the other two, and asked for the paperwork, they surrounded him and said that he was not getting it, and that he was being arrested.  The Plaintiff turned to walk back to his home, and then was surrounded by four officers on all "sides of the compass".  One

*Filed in United States District Court for the District of Maine*

from behind him, Bangor Police Officer L. Libby, picked up the Plaintiff, and slammed him onto the street, breaking his collar bone and a couple of ribs.   The Plaintiff was then booked at the Penobscot County Jail, by two Corrections Officers who additionally used brutal force to process the Plaintiff.   This is not how law enforcement should conduct their behavior anywhere in the United States.  While in jail for 72 hours, the Plaintiff requested medical attention, receiving Ibuprofen about 36 hours in.   The Plaintiff could not stand up without assistance from others whilst in.   This is excessive force, and since the Plaintiff believes it is in a wider corroboration with U.S. Government workers, motivation is likely greed--along with lack of proper mental health and discipline care, education--this Complaint is being filed.   The 72 hours in jail prior to an arraignment on August 29th, 2022 during which the Plaintiff pleaded out Guilty to charges of Assault and Theft were administered more like an insane asylum by a real-world band of Marines in a *Full Metal Jacket* movie, who seem to be intent on "assassinating" the Plaintiff one way or another, over and over again.

The Plaintiff understands the extreme conditions his country's Defense workers are required to endure, but the Plaintiff seeks a decision that indicates their efforts are not misaligned with the very own hands that are feeding them.   Since a new university school year in the United States has begun as of the date of this filing and since no word of Magnetism's consistency in math and science is acknowledged by press or academia, the Plaintiff asks the court to order the Defendant pay the Plaintiff for his company's losses in an amount of $128,000,000, four semesters lost and counting, and for the threats and identity obstruction occurred along the way.   If we lose our 1st Amendment rights, we lose our abilities to defend any of the Constitution: the weather's never going away.

Signed: _Michael Anthony Nixon_                    Date: Sept. 1, 2022

                  Plaintiff